Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | La Fuente, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

5  8 – 2  3  3  5  5  5  5

**4. Debtor's address**

**Principal place of business**

801 W. Expressway 83
Number        Street

Sullivan City, TX 78595
City                          State      ZIP Code

Hidalgo
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    La Fuente, Inc.                           Case number *(if known)* _____

       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   6   2   1   6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                             MM / DD / YYYY

District _____ When _____ Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                             MM / DD / YYYY

Case number, if known _____

Debtor    La Fuente, Inc.                                                    Case number *(if known)* _____
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                       Number        Street<br><br>_____   _____   _____<br>City                                       State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name   _____<br>         Phone          _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ✓ 1-49        ☐ 50-99        ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                          ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000                 ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    La Fuente, Inc.       Case number *(if known)* _____
     Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ✓ ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/29/2023
          MM/ DD/ YYYY

**X** /s/ Noel A. Zamora           Noel A. Zamora
Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Jose Luis Castillo        Date   09/29/2023
Signature of attorney for debtor                    MM/ DD/ YYYY

Jose Luis Castillo
Printed name

Law Office of Jose Luis Castillo, PC
Firm name

1810 San Bernardo Ave.
Number      Street

| Laredo | TX | 78040 |
|---|---|---|
| City | State | ZIP Code |

| 956-508-8000 | jose.castillo@castillo-law.net |
|---|---|
| Contact phone | Email address |

| 00798098 | TX |
|---|---|
| Bar number | State |

# Form 1120

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____ ending _____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consoli-dated return. ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions). ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

**Name** La Fuente, Inc.

**Number, street, and room or suite no. If a P.O. box, see instructions.** P.O. Box 280

**City or town, state or province, country, and ZIP or foreign postal code** Sullivan City, TX 78595

**B Employer identification number** XX-XXX5555

**C Date incorporated** 05/22/1997

**D Total assets (see instructions)** $ 1,097,663.

**E Check if:** (1) Initial return ☐ (2) Final return ☐ (3) Name change ☐ (4) Address change ☐

| | | | | |
|---|---|---|---:|---:|
| **Income** | 1a | Gross receipts or sales | 1a | 4,042,319. |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 4,042,319. |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 4,042,319. |
| | 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 | Interest | 5 | |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions—attach statement) | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 | 11 | 4,042,319. |

| | | | | |
|---|---|---|---:|---:|
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | |
| | 13 | Salaries and wages (less employment credits) | 13 | 3,424,750. |
| | 14 | Repairs and maintenance | 14 | 33,047. |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | 144,996. |
| | 17 | Taxes and licenses | 17 | 41,129. |
| | 18 | Interest (see instructions) | 18 | 664. |
| | 19 | Charitable contributions | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | |
| | 25 | Reserved for future use | 25 | |
| | 26 | Other deductions (attach statement) | 26 | 572,943. |
| | 27 | **Total deductions.** Add lines 12 through 26 | 27 | 4,217,529. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -175,210. |
| | 29a | Net operating loss deduction (see instructions) | 29a | |
| | b | Special deductions (Schedule C, line 24) | 29b | |
| | c | Add lines 29a and 29b | 29c | |

| | | | | |
|---|---|---|---:|---:|
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -175,210. |
| | 31 | Total tax (Schedule J, Part I, line 11) | 31 | |
| | 32 | Reserved for future use | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| | 37 | Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _(signed)_ Date 9-1-23 Title President

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Pedro D Lopez | Pedro D Lopez | 09/01/2023 | | P01231639 |

Firm's name P.D.L. Tax Advocate

Firm's address 9802 McPherson Rd., Ste. 111 Top Laredo, TX 78045

Firm's EIN 86-3827158

Phone no. (956) 693-8005

For Paperwork Reduction Act Notice, see separate instructions.

UYA

Form **1120** (2022)

Form 1120 (2022)   **La Fuente, Inc.**                                    5̶5̶-̶2̶5̶8̶5555   Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations. . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958. . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid. . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . . . . . . | | | |

UYA                                                                      Form **1120** (2022)

Form 1120 (2022)   **La Fuente, Inc.**                                   55555   Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I—Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)).  See instructions ☐ | | |
| 2 | Income tax. See instructions | **2** | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | 9f | |
| g | Other (see instructions—attach statement) | 9g | |
| 10 | **Total.** Add lines 9a through 9g | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | |

**Part II—Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | **12** | |

**Part III—Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | **13** | |
| 14 | 2022 estimated tax payments | **14** | |
| 15 | 2022 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement—see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | Reserved for future use | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | **23** | |

UYA

Form **1120** (2022)

Form 1120 (2022)    La Fuente, Inc.                             55-5555555    Page **4**

## Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☒ Cash    b ☐ Accrual    c ☐ Other (specify) | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no.   **999000** | | |
| b | Business activity   **Primary Home Care and Adult Day Care** | | |
| c | Product or service   **PHC and ADC** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . | X | |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instr. | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | (a) Percentage owned       and (b) Owner's country | | |
| | (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached   **0** | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year   $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer)   **1** | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . . ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | |

UYA                                                        Form **1120** (2022)

Form 1120 (2022)   **La Fuente, Inc.**                                           55-5555555   Page **5**

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year   $_____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions   $_____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . .   $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage: By Vote _____   By Value _____ | | |

UYA

Form **1120** (2022)

Form 1120 (2022)  **La Fuente, Inc.**  55-5555555  Page **6**

## Schedule L  Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | -72,164. |
| 2a | Trade notes and accounts receivable | | | 235,620. | |
| b | Less allowance for bad debts | ( ) | | ( ) | 235,620. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | 227,617. | | 80,594. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 566,706. | | 1,165,921. | |
| b | Less accumulated depreciation | ( 470,895. ) | 95,811. | ( 312,308. ) | 853,613. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 1,000. | | | |
| b | Less accumulated amortization | ( 1,000. ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 323,428. | | 1,097,663. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | 35,539. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | 337,705. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 2,836,489. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | | | 1,000. | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings-Appropriated (attach statement) | | | | |
| 25 | Retained earnings-Unappropriated | | -3,013,954. | | -3,189,164. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | 1,078,414. |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | -3,013,954. | | 1,099,983. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -175,210. | | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | | | | | |
| 3 | Excess of capital losses over capital gains | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | | | | a | Depreciation . . . . . $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | b | Charitable contributions $ _____ | |
| a | Depreciation . . . . . $ _____ | | | | | |
| b | Charitable contributions $ _____ | | | | | |
| c | Travel and entertainment $ _____ | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | -175,210. | | 10 | Income (page 1, line 28) - line 6 less line 9 | -175,210. |

## Schedule M-2  Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -3,013,954. | | 5 | Distributions:  a Cash | |
| 2 | Net income (loss) per books | -175,210. | | | b Stock | |
| 3 | Other increases (itemize): _____ | | | | c Property | |
| | | | | 6 | Other decreases (itemize): | |
| | | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -3,189,164. | | 8 | Balance at end of year (line 4 less line 7) | -3,189,164. |

UYA

Form **1120** (2022)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**
▶ **See instructions.**

OMB No.1545-0123

Name

La Fuente, Inc.

Employer identification number (EIN)

55-2285555

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Noel A. Zamora | 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 | United States | 100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For paperwork Reduction Act Notice, see the Instructions for Form 1120

UYA

Schedule G (Form 1120) (Rev. 12-2011)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

**La Fuente, Inc.**

Employer identification number
58-XXX5555

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  Noel A Zamora | 3203 | 100.00 % | 100.0 % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . | **4** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

UYA

Form **1125-E** (Rev. 10-2016)

**2022** Other Deductions Worksheet, Supporting Details for Form 1120, line 26

Name(s) shown on return
La Fuente, Inc.

Employer identifying number
56-2335555

| # | Description | Line | Amount |
|---|---|---|---|
| 1. | Accounting fees | 1 | 84,290. |
| 2. | Bank fees | 2 | 2,376. |
| 3. | Contracted services and independent contractor exp. | 3 | 2,280. |
| 4. | Gifts | 4 | 8,749. |
| 5. | Insurance | 5 | 57,036. |
| 6. | Janitorial | 6 | 4,370. |
| 7. | Legal and professional fees | 7 | 15,971. |
| 8. | Professional dues and subscriptions | 8 | 11,403. |
| 9. | Supplies | 9 | 25,272. |
| 10. | Telephone | 10 | 17,204. |
| 11. | Deductible non-entertainment meals exp. subject to limits | 11 | 10,758. |
| 12. | Travel and non-entertainment meals expense not subject to limits | 12 | 3,704. |
| 13. | Utilities | 13 | 28,981. |
| 14. | Security Cameras | 14 | 1,043. |
| 15. | Cleaning/Landscaping Services | 15 | 2,178. |
| 16. | Employee Incentives | 16 | 2,065. |
| 17. | Activities/Food for Clients | 17 | 184,609. |
| 18. | Computer & Internet Expense | 18 | 6,715. |
| 19. | Decorations/Art&Crafts | 19 | 22,000. |
| 20. | Towing | 20 | 515. |
| 21. | Fuel | 21 | 43,827. |
| 22. | Registrations/inspections | 22 | 3,275. |
| 23. | Medical Records/Supplies | 23 | 27,637. |
| 24. | Printing/Reproduction | 24 | 467. |
| 25. | Child Support | 25 | 1,146. |
| 26. | Document Shredding | 26 | 1,040. |
| 27. | Uniforms | 27 | 2,851. |
| 28. | Misc. | 28 | 904. |
| 29. | Background Checks | 29 | 277. |
| 30. | | 30 | |
| 31. | | 31 | |
| 32. | | 32 | |
| 33. | | 33 | |
| 34. | | 34 | |
| 35. | | 35 | |
| 36. | | 36 | |
| 37. | | 37 | |
| 38. | | 38 | |
| 39. | | 39 | |
| 40. | | 40 | |
| 41. | | 41 | |
| 42. | | 42 | |
| 43. | | 43 | |
| 44. | | 44 | |
| 45. | | 45 | |
| 46. | | 46 | |
| 47. | | 47 | |
| 48. | | 48 | |
| 49. | | 49 | |
| 50. | | 50 | |
| 51. | | 51 | |
| 52. | | 52 | |
| 53. | | 53 | |
| 54. | | 54 | |

Total Other Deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 572,943.

6:09 PM

09/29/23

Cash Basis

# La Fuente INC
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | 4,042,319.06 |
| **Gross Profit** | 4,042,319.06 |
| **Expense** | |
| Security Cameras | 1,042.51 |
| Building Cleaning | 965.48 |
| Online fee | -0.32 |
| Contract Labor | 1,880.00 |
| Employee Incentives | 2,065.04 |
| landscaping | 1,212.37 |
| ADC Contract Labor | 400.00 |
| Arts & Crafts | 15,352.34 |
| Automobile Expense | 83,519.35 |
| Background checks | 276.84 |
| Bank Service Charges | 2,375.93 |
| Bingo & Activities | 44,280.12 |
| Business Licenses and Permits | 100.00 |
| Charitable Contributions | 8,238.86 |
| Child Support | 1,146.00 |
| Computer and Internet Expenses | 2,100.00 |
| Computers | 4,614.50 |
| Decorations | 6,648.03 |
| Document Shredding | 1,040.00 |
| Dues and Subscriptions | 11,402.79 |
| Equipment Rental | 10,822.78 |
| Food | 140,095.69 |
| Inspections | 2,776.19 |
| Insurance Expense | 33,510.06 |
| Interest Expense | 663.54 |
| Janitorial Expense | 4,370.00 |
| License Fee | 2,727.51 |
| Meals and Entertainment | 13,059.79 |
| Medical Records and Supplies | 27,636.71 |
| Payroll Expenses | 3,424,750.34 |
| Printing and Reproduction | 607.33 |
| Professional Fees | 100,261.38 |
| Rent Expense | 134,173.56 |
| Repairs and Maintenance | 18,006.25 |
| Sponsorship | 510.00 |
| Supplies | 23,203.73 |
| Taxes | 3,341.64 |
| Taxes - Property | 34,709.01 |
| Training | 180.08 |
| Travel Expense | 3,523.43 |

6:09 PM
09/29/23
Cash Basis

## La Fuente INC
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| Uncategorized Expenses | 905.33 |
| Uniforms | 2,850.57 |
| Utilities | 46,184.44 |
| **Total Expense** | 4,217,529.20 |
| **Net Ordinary Income** | -175,210.14 |
| Other Income/Expense |  |
| Other Expense | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | **-175,210.14** |

10:56 AM
05/24/23
Cash Basis

**La Fuente INC**
# Balance Sheet
As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       LSNB 1030719387 | 5.00 |
|       Texas National Bank | 100.00 |
|       LSNB INC Payroll Account | -40,981.89 |
|       LSNB LFADC Operating Account | -2,984.82 |
|       LSNB LFPHC/CBA Operation Acct | -2,389.94 |
|       LSNB LFPHC/CBA Payroll Account | -25,991.82 |
|       LSNB LFPHC/CBA Tax Account | 79.67 |
|     **Total Checking/Savings** | -72,163.80 |
|     **Other Current Assets** | |
|       Accounts Receivables | 235,620.23 |
|       Employee Advances | 800.00 |
|       Loan to LFHHS | 79,792.97 |
|     **Total Other Current Assets** | 316,213.20 |
|   **Total Current Assets** | 244,049.40 |
|   **Fixed Assets** | |
|     Furniture and Equipment | 157,021.36 |
|     Leasehold Improvements | 24,862.00 |
|     Vehicles | 984,037.67 |
|     Accumulated Depreciation | -312,307.61 |
|   **Total Fixed Assets** | 853,613.42 |
|   **Other Assets** | |
|   **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | 1,097,662.82 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 35,539.49 |
|       **Total Accounts Payable** | 35,539.49 |
|       **Other Current Liabilities** | |
|         One Main Financial | 8,961.43 |
|         LSNB Loan from Line a Credit | 0.00 |
|         Misc. Loans | 0.00 |
|         **Total Misc.** | 0.00 |
|         **Loan** | |
|           N/P CALEMAN 101122 | 6,000.00 |
|           **Total N/P CALEMAN 102122** | 6,000.00 |
|           Rio Bank 9235677 | 97,641.69 |
|           SBAD TREAS | 149,900.00 |
|           Loan - Other | -178,251.29 |
|         **Total Loan** | 75,290.40 |

10:56 AM
05/24/23
Cash Basis

## La Fuente INC
## Balance Sheet
### As of December 31, 2022

| | Dec 31, 22 |
|---|---|
| Loan from Shareholder | 253,452.92 |
| Payroll Liabilities-Current Yr. | 0.00 |
| **Total Other Current Liabilities** | 337,704.75 |
| **Total Current Liabilities** | 373,244.24 |
| **Long Term Liabilities** | |
| N/P 2018 Toyota | 3,433.27 |
| N/P 2019 Ford Expedition Blue | 36,276.72 |
| N/P 2022 Ford Transit 61267565 | 40,799.20 |
| N/P 2021 Transit Connect Grey | 22,782.82 |
| N/P 2021 Transit Connect White | 22,625.58 |
| N/P 2019 Ford Expedition White | 33,148.76 |
| N/P 2014 Toyota Tacom | 31,059.00 |
| Ad Valorem Taxes | 528.67 |
| IRS Tax Liabilities | 2,645,835.19 |
| **Total Long Term Liabilities** | 2,836,489.21 |
| **Total Liabilities** | **3,209,733.45** |
| **Equity** | |
| Capital Stock | 1,000.00 |
| Opening Balance Equity | 310,220.83 |
| Retained Earning | -3,113,043.80 |
| Prior Period Adjustment | -1,330,363.16 |
| Net Income | -175,210.14 |
| **Total Equity** | -4,307,396.27 |
| **TOTAL LIABILITIES & EQUITY** | **-1,097,662.82** |